## <u>AFFIDAVIT OF DAVID C. CROMPTON</u>

I, David C. Crompton, declare under oath as follows:

1.      I make this affidavit based on my own personal knowledge.

2.      I am the president and Chief Executive Officer of Quick Fitting, Inc., a company headquartered and located at 30 Plan Way, Warwick, RI  02886 ("Quick Fitting").

3.      The 2010 License and Supply Agreement ("2010 LSA") contained terms of strict confidentiality, non-disclosure, and non-competition and granted a license to use information from Quick Fitting "solely…in connection with the manufacture of [products] on behalf of and for distribution by Quick Fitting…"  The 2010 LSA also dealt with product quality issues.

4.      Andrew Yung represented the Cixi City Wai Feng Ball Valve ("CCWFBV") was the manufacturing and production division of W&F Manufacturing.

5.      Over time Quick Fitting grew dissatisfied due to product quality and service issues and eventually wished to disassociate itself from W&F Manufacturing and its purported manufacturing arm, CCWFBV, as a supplier of its products.

6.      In 2011 I made a trip to China and inspected the new EFF manufacturing facility, which was different from the Cixi City Wai Feng Ball Valve facility.  I do not believe, based on representations by Andrew Yung, that any product was supplied by the new entity or factory until after I visited and approved the new facility in China and the 2011 License and Supply Agreement ("2011 LSA") was executed.

7.      After Andrew Yung informed Mueller of our pricing from the Yung Entities on the brass push-fit products we were selling to Mueller and offered to sell push-fit products to Mueller, Quick Fitting was unable to raise any prices that it charged Mueller for products,

other than price changes that were driven solely by changes in prices of commodities.

8.     The volume of products sold to Mueller has increased since 2011; however

Quick Fitting has been unable to increase its prices or charge prices in line with other

customers due to the Yung Entities disclosures to Mueller.

9.     The three product numbers contained in the below email excerpt between

Watts Water and the Yung Entities are the same product numbers used by Quick Fitting for

three push-fit connector hoses previously manufactured by the Yung Entities for Quick

Fitting:

> **From:** "vivian wang" <vivian@eff-fitting.com>
> **Subject:** push -fit products
> **Date:** 28 February, 2013 4:26:38 AM GMT+08:00
> **To:** "'Wilson, Rhonda'" <Rhonda.Wilson@WATTS.COM>
> **Cc:** "'Andrew Eff'" <andrew@eff-fitting.com>
>
> Andrew:
> Pls quote the PB725F, PB7245 , and PB728K, price will be quoted in blister pack.
> Also , I've asked William check with CSA of the ANSI/NSF-61 and ASSE1061, these were designed
> certified for use in potable water, Rhonda, is this the one we will check with CSA?
>
> vivian

10.     The purchase orders issued by Quick Fitting to the Yung Entities during the

course of our relationship are attached to the Statement of Counter-Facts submitted herewith.

11.     I am familiar with the single purchase order produced by the Yung Entities to

Cixi Welday.  It is my opinion that Cixi Welday would have needed Quick Fitting's

confidential manufacturing drawings and specifications to fulfill this order as it would have

to supply the stainless steel grip rings that it did.

12.     I observed Andrew Yung attending a trade show and staffing the booth of his

cousin's company, China Welday, in 2014.  China Welday that same year came out with a

full line of brass push-fit products that nearly replicates the line the Yung Entities were

manufacturing for Quick Fitting under license.  Attached at *Tab A* is a copy of a product

sheet offered by China Welday at the 2014 AHR Show.

13.     Quick Fitting had information that the Yung Entities were selling brass push-fit product on various Internet website.  Attached to this affidavit as *Tab B* are just a few samples of Internet images we and our counsel had found indicating that the Yungs had an Alibaba.com store by the name of *waimao.en.alibaba.com,* which referenced EFF Manufactory, its address, and Jimmy Yung.  Also attached at *Tab B* are samples of web portal pages of Texoon Brass Works, which was formerly Cixi City Wai Feng Ball Valve Company, the company that the Yung Entities had represented was a manufacturing division owned by them and included in the 2010 LSA signed by Andrew Yung.  Those pages demonstrate that Texoon was actively selling push-fit products – with photos bearing the "waifeng.en.alibaba" name.

14.     The Yungs had denied offering and selling brass push-fit products on the Internet but were forced to admit they had done so, and finally produced, under Order of the Court and in the *final days* of discovery in this matter, a handful of Alibaba records referencing, without photos, the posting and offering for sale of brass push-fit products on Alibaba.com *during* this litigation.  Those records are attached at *Tab C* hereto.

15.     Quick Fitting's annual sales to its major customers is significantly more than the liquidated damages provision, and the liquidated damage provision is a reasonable estimation of the potential losses and damage, which are difficult to quantify.  As happened with Mueller Industries in this case, when a contracting manufacturer provides confidential pricing information to a customer and attempts to compete with Quick Fitting for the customer, Quick Fitting is unable to raise the prices at which it sells to the customer.  The resulting damages, which extend over a multi-year period, are difficult or impossible to

accurately quantify, and Quick Fitting selected the liquidated damage amount to reasonably anticipate such harm. All of Quick Fitting's contracting manufacturers have agreed to the same liquidated damages provision and amount. Any reference to the word "punitive" in deposition testimony was intended to reflect the fact that the damages caused by breaching the agreement are significant enough to ensure compliance with the contractual restrictions.

16.     During the course of its business dealings with the Yung Entities, Quick Fitting regularly communicated with the Yung Entities regarding the identity of its customers, markets, and marketing efforts.

17.     Some of the product sheets appearing on the quickfitting.com website are labelled as "proprietary," but the referenced product sheets do not disclose information necessary for manufacture or production of the pieces. The product sheets contain information used by users/installer of the pieces.

18.     Quick Fitting has paid all amounts due and owing to its suppliers and denies owing any money to the any of the parties in this litigation or CA No. 11-463 and CA No. 14-243.

19.     Quick Fitting sells its products nationally. The State of California enacted legislation in 2006 limiting the lead content of plumbing fixtures used for potable water to 0.25%, effective January 1, 2010, and requiring that such plumbing products be certified by an independent third-party accredited by the American National Standards Institute (ANSI). Vermont enacted a similar law, Vermont 193, which took effect on January 1, 2010, and Maryland followed with similar restrictions effective January 1, 2012. The federal Reduction of Lead in Drinking Water Act, signed into law in January 2011, amended the Safe Drinking Water Act ("SDWA") to comport federal lead content limits with those already in force in

California and the other states.  The SDWA federal regulations took effect in January 2014 and cover plumbing products that convey or dispense water for human consumption through drinking or cooking.  As a result of these laws and regulations, certifying agencies enacted requirements for testing and certification of plumbing products, including what's known as "Annex G" for ANSI/NSF 61, published in January 2009 and setting out a method for calculating the lead content of a product by way of a weighted average of all wetted surface areas (now ANSI/NSF Standard 372), consistent with the requirements of the California standard.  These laws and regulations required Quick Fitting to work toward compliance with reduced lead limits well ahead of the January 2014 implementation of the federal SDWA.

20.     During the business relationship between Quick Fitting and the Yung Entities, we often received communications from EFF LLC and EFF Inc. indicating their use of the 10 Brodie Drive, Ontario, Canada address.  A sample of such communications are attached at *Tab D* to this Affidavit.

21.     Near the end of the relationship, Quick Fitting received more than 30-thousand ball valves from the Yung Entities marked with one brand while the handles were marked with a different brand name.  Attached at *Tab E* are a couple of sample email communications wherein the Yungs declined to assist, leaving Quick Fitting to purchase equipment and supplies and put its own employees to work removing, cleaning, and re-stamping the products.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _26_ th day of October, 2017.

David C. Crompton

Subscribed and sworn to before me on the _____ day of October, 2017.

_____
Notary Public

- 6 -

**Tab A**




**Lead Free**

  
NSF/ANSI 61



## FEATURES AND BENEFITS

💧 **Fit Copper,CPVC or PEX Pipe.**

💧 **Contain an inner Lining for PEX tubing.**

💧 **No soldering,clamps,glues or tools required.**

💧 **Designed for hydronic heating as well as potable water distribution.**

💧 **Certified to NSF 14,ANSI/NSF 61 ,NSF372(AB1953)and ASSE 1061 product standard.**



## LISTING AND APPROVALS

💧 **ASSE 1061/NSF61/NSF372(AB1953)**

💧 **Meet UPC and cUPC requirements**

💧 **Listed by IAPMO**

## PERFORMANCE

💧 **Maximum working pressure---------200psi**

💧 **Maximum temperature---------200°F 93°C**

💧 **Application-------------Potable water and hydronic heating**




**WELDAY**


**Lead Free**

 
**NSF/ANSI 61**

# TECHNICAL DATA MATERIAL LIST

| Body | C46500,C69300 |
|---|---|
| Release Collar | POM |
| Support Sleeve | POM |
| Protector | PA |
| Inner Lining | PPSU |
| O-ring | EPDM |
| Grap-ring | Stainless Steel 304 |



# INSTALLATION

- The tube shall be inserted into the push-fit fitting in the first stage through a release collar and then through a stainless steel grab ring.

- The grab ring has teeth that open out and grip onto the tube.

- At the second stage the tube shall be pushed through an O-ring protector which aligns the tube.

- Only when the tube has passed through the O-ring and reached the tube stop shall a secure joint be created.

Product Inquiries

**Cixi Welday Plastic Product Co.,Ltd**
**8# Huayuan Rd,Fanshi Industry Zone,Cixi,**
**Ningbo,China 315312**
**Tel:86-574-23632255**
**Fax:86-574-23610099**
www.chinawelday.com

**Tab B**









**<u>Tab C</u>**

W03196

3/23/2016                                        Google Apps Vault - 今日定制的买家采购需求

# 今日定制的买家采购需求

---

**email: "alisourcepro@service.alibaba.com"**    **Sunday, December 21, 2014 at 9:26:07 PM Eastern Standard Time**
To: email: "jimmy@eff-fitting.com"

---

                                                                    找买家 | My Alibaba | 帮助

## 今日定制的采购需求 - 采购直达

> ⚠️ 86 137*****666这是您在阿里巴巴上绑定的手机号码，如有缺失或错误，则该邮件并非发送自阿里巴巴。确保您的账户安全，请注意核对。

尊敬的供应商会员 jimmy yung：

您在阿里巴巴采购直达服务定制了买家采购需求（即RFQ）。以下是根据您定制的关键词和类目条件推荐的最新买家采购需求，期待您的报价！

去 My Alibaba查看更多我定制的RFQ ▸

今日定制的采购直达需求：                                                    编辑我的定制条件

---

### Copper Material and Push connect Connection Push Fit Straight Coupling



Quantity Required: 100 Pieces
Country: 🇺🇸 [US]
Hi,I would like to know the price for Push Fit Straight Coupling &SharkBIte Coupling PUSH FIT FITTINGS cUPC NSF approved PEX COPPER CPVC.I am interested in buying 100 Piece/Pieces.Please provide us with a quotation.Thank you.
Date Posted: 2014-12-20

[ Quote now ]

W03197

3/23/2016                    Google Apps Vault - 今日定制的买家采购需求

　　　　大 My Alibaba查看更多我定制的RFQ ▶

注意：此邮件为系统邮件，请勿直接答复。
忘记密码?
您收到电邮因为您是阿里巴巴中国供应商注册会员
如果您不希望收到此类邮件，请 点击此处退订
To unsubscribe from future service email. Click here.

隐私条款 和 用户协议
阿里巴巴（中国）网络技术有限公司
杭州市滨江区网商路699号
阿里巴巴中国供应商服务部: tradeservice@service.alibaba.com 服务热线: (86) 400 8261688
Alibaba.com (China) Technology Co ,Ltd.
No. 699,Wangshang Rd.,Hangzhou,China
Gold Supplier Service Center: tradeservice@service.alibaba.com  tel: (86) 400 8261688



---

CONFIDENTIAL
W03197

W03198

3/23/2016                                Google Apps Vault - Fwd: 今日定制的买家采购需求

# Fwd: 今日定制的买家采购需求

**email: "jimmy@eff-fitting.com Jimmy Gmail"**          **Thursday, July 31, 2014 at 12:21:44 PM Eastern Daylight Time**
To: email: "johnnys@eff-fitting.com johnnys@eff-fitting.com S"

Begin forwarded message:

> **From:** customized-sourcing@service.alibaba.com
> **Subject:** 今日定制的买家采购需求
> **Date:** 1 August, 2014 12:12:56 AM GMT+08:00
> **To:** jimmy@eff-fitting.com
> **Reply-To:** alisourcepro@service.alibaba.com



找买家 | My Alibaba | 帮助

## 今日定制的采购需求 - 采购直达

 86 137*****666这是您在阿里巴巴上绑定的手机号码，如有缺失或错误，则该邮件并非发送自阿里巴巴。确保您的账户安全，请注意核对。

尊敬的供应商会员 jimmy yung:

您在阿里巴巴采购直达服务定制了买家采购需求（即RFQ）。以下是根据您定制的关键词和类目条件推荐的最新买家采购需求，期待您的报价！

去 My Alibaba查看更多我定制的RFQ ▸

### 今日定制的采购直达需求:                                                    编辑我的定制条件

### Casting Technics and Iron,ISO 5922 malleable iron Material galvanised fittings

Quantity Required: 1000 Carton/Cartons
Country: [ZW]

W03199

3/23/2016

Google Apps Vault - Fwd: 今日定制的买家采购需求

Please can you send me prices of your galvanised fittings that include the following: 1.Socket Union-15mm-100mm 2.Three Way Tees-15mm-100mm 3.Nipples Barrel (15mm-50mm) 4.Plain Socket (15mm-100mm) 5.Elbows F/F (15mm-100mm) 6.Reducing Bushes (All sIzes) 7.Reducing Sockets (All sizes) 8.Galvanised Pipes (15mm-50mm) Please not i would also like to know which other products do you supply. Our main business is selling Plumbing materials and we based in Harare, Zimbabwe. We woukld like to order Goods like Sink Mixers, Bath Mixers, Chrome Plated Water Tapes, Brass Tapes as well.

Date Posted: 2014-07-30

Quote now

去 My Alibaba查看更多我定制的RFQ ▸

注意：此邮件为系统邮件，请勿直接答复。

忘记密码?

您收到电邮因为您是阿里巴巴中国供应商注册会员

如果您不希望望到此类邮件，请 点击此处退订

To unsubscribe from future service email. Click here.

隐私条款 和 用户协议

阿里巴巴（中国）网络技术有限公司

杭州市滨江区网商路699号

阿里巴巴中国供应商服务部: tradeservice@service.alibaba.com 服务热线: (86) 400 8261688

Alibaba.com (China) Technology Co.,Ltd.

No. 699,Wangshang Rd.,Hangzhou,China

Gold Supplier Service Center: tradeservice@service.alibaba.com  tel: (86) 400 8261688

---

email: "jimmy@eff-fitting.com Jimmy Gmail"          Monday, August 4, 2014 at 12:27:50 PM Eastern Daylight Time
To: email: "johnnys@eff-fitting.com johnnys@eff-fitting.com S"


Begin forwarded message:


**From:** customized-sourcing@service.alibaba.com
**Subject:** 今日定制的买家采购需求
**Date:** 5 August, 2014 12:11:15 AM GMT+08:00
**To:** jimmy@eff-fitting.com
**Reply-To:** alisourcepro@service.alibaba.com

CONFIDENTIAL
W03199

W03200

3/23/2016                     Google Apps Vault - Fwd: 今日定制的买家采购需求

   找买家 | My Alibaba | 帮助

## 今日定制的采购需求 - 采购直达

⚠️ 86 137*****666这是您在阿里巴巴上绑定的手机号码，如有缺失或错误，则该邮件并非发送自阿里巴巴。确保您的账户安全，请注意核对。

尊敬的供应商会员 jimmy yung：

您在阿里巴巴采购直达服务定制了买家采购需求（即RFQ）。以下是根据您定制的关键词和类目条件推荐的最新买家采购需求，期待您的报价！

去 My Alibaba查看更多我定制的RFQ ▸

今日定制的采购直达需求：                                            编辑我的定制条件

### Push Fit Connection and Round Head Code pex pipe fittings



Quantity Required: 1000 Pieces

Country: 🇮🇳 [IN]

I need these push fitting series in 1/2" 3/4" and 1" size for india market.I need intialy @1000 each .kindly let me have your best price with catalogue.with regards.KL Patel

Date Posted: 2014-08-03

Quote now

去 My Alibaba查看更多我定制的RFQ ▸

---

注意：此邮件为系统邮件，请勿直接答复。

忘记密码?

您收到电邮因为您是阿里巴巴中国供应商注册会员

如果您不希望收到此类邮件，请 点击此处退订

To unsubscribe from future service email. Click here.

隐私条款 和 用户协议

阿里巴巴（中国）网络技术有限公司

杭州市滨江区网络路699号

阿里巴巴中国供应商服务部：tradeservice@service.alibaba.com 服务热线: (86) 400 8261688

Alibaba.com (China) Technology Co ,Ltd.

CONFIDENTIAL
W03200

W03201

3/23/2016                                Google Apps Vault - Fwd: 今日定制的买家采购需求

No. 699,Wangshang Rd.,Hangzhou,China

Gold Supplier Service Center: tradeservice@service.alibaba.com  tel: (86) 400 8261688

---

email: "jimmy@eff-fitting.com Jimmy Gmail"          Thursday, August 7, 2014 at 3:22:17 PM Eastern Daylight Time
To: email: "johnnys@eff-fitting.com johnnys@eff-fitting.com S"

Begin forwarded message:

**From:** alisourcepro@service.alibaba.com
**Subject:** 今日定制的买家采购需求
**Date:** 8 August, 2014 12:11:41 AM GMT+08:00
**To:** jimmy@eff-fitting.com
**Reply-To:** alisourcepro@service.alibaba.com



                                                        找买家 | My Alibaba | 帮助

## 今日定制的采购需求 - 采购直达

 86 137*****666这是您在阿里巴巴上绑定的手机号码，如有缺失或错误，则该邮件并非发送自阿里巴巴。确
保您的账户安全，请注意核对。

尊敬的供应商会员 jimmy yung：

您在阿里巴巴采购直达服务定制了买家采购需求（即RFQ）。以下是根据您定制的关键词和类目条件推荐的最新买家
采购需求，期待您的报价！

去 My Alibaba查看更多我定制的RFQ ▶

今日定制的采购直达需求：                                        编辑我的定制条件

CONFIDENTIAL
W03201

## Plumbing Nozzles Type WC water fittings

No photo

Quantity Required: 10000 Pieces

Country: [IN]

Please send me WC pan connector products catalog, Price list & distributor discount.

Date Posted: 2014-08-06

Quote now

去 My Alibaba 查看更多我定制的RFQ ▸

注意：此邮件为系统邮件，请勿直接答复。

忘记密码?

您收到电邮因为您是阿里巴巴中国供应商注册会员

如果您不希望收到此类邮件，请 点击此处退订

To unsubscribe from future service email. Click here.

隐私条款 和 用户协议

阿里巴巴（中国）网络技术有限公司

杭州市滨江区网商路699号

阿里巴巴中国供应商服务部: tradeservice@service.alibaba.com  服务热线: (86) 400 8261688

Alibaba.com (China) Technology Co ,Ltd.

No. 699,Wangshang Rd.,Hangzhou,China

Gold Supplier Service Center: tradeservice@service.alibaba.com  tel: (86) 400 8261688

CONFIDENTIAL

3/23/2016 Google Apps Mail - 今日定制的买家采购需求

# 今日定制的买家采购需求

**email: "customized-sourcing@service.alibaba.com"**
To: email: "jimmy@eff-fitting.com"

**Monday, August 4, 2014 at 12:11:15 PM Eastern Daylight Time**



找买家 | My Alibaba | 帮助

## 今日定制的采购需求 - 采购直达

⚠️ 86 137*****666这是您在阿里巴巴上绑定的手机号码，如有缺失或错误，则该邮件并非发送自阿里巴巴。确保您的账户安全，请注意核对。

尊敬的供应商会员 jimmy yung：

您在阿里巴巴采购直达定制了买家采购需求（即RFQ）。以下是根据您定制的关键词和类目条件推荐的最新买家采购需求，期待您的报价！

去 My Alibaba查看更多我定制的RFQ ▶

今日定制的采购直达需求：                              编辑我的定制条件

### Push Fit Connection and Round Head Code pex pipe fittings



Quantity Required: 1000 Pieces
Country: 🇮🇳 [IN]
I need these push fitting series in 1/2" 3/4" and 1" size for india market.I need intialy @1000 each .kindly let me have your best price with catalogue.with regards.KL Patel
Date Posted: 2014-08-03

Quote now

CONFIDENTIAL
W03203

W03204

3/23/2016                                         Google Apps Vault - 今日定制的买家采购需求

去 My Alibaba查看更多我定制的RFQ ›

注意：此邮件为系统邮件，请勿直接答复。

忘记密码?

您收到电邮因为您是阿里巴巴中国供应商注册会员

如果您不希望收到此类邮件，请 点击此处退订

To unsubscrible from future service email. Click here.

隐私条款 和 用户协议

阿里巴巴（中国）网络技术有限公司

杭州市滨江区网商路699号

阿里巴巴中国供应商服务部: tradeservice@service.alibaba.com  服务热线: (86) 400 8261688

Alibaba.com (China) Technology Co ,Ltd.

No. 699,Wangshang Rd.,Hangzhou,China

Gold Supplier Service Center: tradeservice@service.alibaba.com  tel: (86) 400 8261688

CONFIDENTIAL

W03204

# 今日定制的买家采购需求

**email: "alisourcepro@service.alibaba.com"**
To: email: "jimmy@eff-fitting.com"

**Wednesday, July 16, 2014 at 12:43:37 PM Eastern Daylight Time**


Alibaba.com
Global trade starts here.™

找买家 | My Alibaba | 帮助

## 今日定制的采购需求 - 采购直达

⚠ 86 137*****666这是您在阿里巴巴上绑定的手机号码，如有缺失或错误，则该邮件并非发送自阿里巴巴。确保您的账户安全，请注意核对。

尊敬的供应商会员 jimmy yung：

您在阿里巴巴采购直达服务定制了买家采购需求（即RFQ）。以下是根据您定制的关键词和类目条件推荐的最新买家采购需求，期待您的报价！

去 My Alibaba查看更多我定制的RFQ ▸

今日定制的采购直达需求：

编辑我的定制条件

### Round Head Code and Copper Material Push Fit Straight Coupling


No photo

Quantity Required: **100 Pieces**
Country: 🇺🇸 [US]
do these fittings come with plastic reinforcement insert for pex looking for 100 half inch couplers
Date Posted: 2014-07-15

[ Quote now ]

去 My Alibaba查看更多我定制的RFQ ▸

CONFIDENTIAL
W03205

W03206

3/23/2016

Google Apps Vault - 今日定制的买家采购需求

注意：此邮件为系统邮件，请勿直接答复。

忘记密码?

您收到电邮因为您是阿里巴巴中国供应商注册会员

如果您不希望收到此类邮件，请 点击此处退订

To unsubscribe from future service email. Click here.

隐私条款 和 用户协议

阿里巴巴（中国）网络技术有限公司

杭州市滨江区网商路699号

阿里巴巴中国供应商服务部: tradeservice@service.alibaba.com 服务热线: (86) 400 8261688

Alibaba.com (China) Technology Co ,Ltd.

No. 699,Wangshang Rd.,Hangzhou,China

Gold Supplier Service Center: tradeservice@service.alibaba.com  tel: (86) 400 8261688

CONFIDENTIAL
W03206

**<u>Tab D</u>**

-----Original Message-----
From: Donna Gouveia [mailto:donnag@quickfitting.com]
Sent: Tuesday, October 18, 2011 4:02 PM
To: emerson
Cc: andrew; esanches@quickfitting.com; Jordan C.; mpappas@quickfitting.com; Leba; davidbc@quickfitting.com
Subject: Re: Return Mini Valves-PB953S

Hello Emerson,

We have marked up the same drawing you sent in this e-mail and have noted issues for you with the fitting. A second photo is attached to this e-mail as well it is a photo of one of your PB953S that was shipped to us in the same shipment that was approved by our quality control.

I believe you have all the fittings of this SKU that needed to be returned.
Jordan will be contacting you with the final numbers for this product return.

Please feel free to contact me further with any questions.

Untitled DocumentRegards, Donna Gouveia Administrative Assistant Quick Fitting Inc. www.QuickFitting.com www.ProBite.com 750 Narragansett Park Dr.
East Providence, RI 02916 Tel: (877) 238-4826 Fax: (877) 258-4826 Everything

should be this easy... Quick Fitting Push-to-Connect Plumbing Fittings! This

communication is the sole property of Quick Fitting Inc. and it's affiliates. Any use by others is strictly prohibited. If you have received this email in error, please forward to customerservice@quickfitting.com.
------ Original Message -----
From: "emerson" <emerson@eff-fitting.com>
To: "donnag" <donnag@quickfitting.com>
Cc: "andrew" <andrew@waifeng.com>
Sent: Tuesday, October 18, 2011 3:09 PM
Subject: Return Mini Valves-PB953S


> Dear Donna.
>

> I have a question about those return Mini valves PB953S(450 pcs). We
> inspected and found some of them are good. We don't know where is wrong.
> Can you mark the good and the bad for us to identify? So far, you
> still have remain of mini valves want to return us and how many,
> please let me know?
>
> I am looking forward to receiving your comments.
>
> Best regards,
> Emerson Wang
> Eastern Foundry & Fitting LLC
> 10 Brodie Drive, Unit#1
> Richmond Hill, ON,
> L4B3K8, Canada
> Tel: (905)-883-6869
> Fax: (905)883-6879
>
>
>
>

Michael Pappas
Quick Fitting Inc.
www.quickfitting.com
www.probite.com
750 Narragansett Park Drive
East Providence, RI 02914
Tel: (877) 238-4826
Fax: (877) 258-4826
Everything should be this easy... Push-to-Connect Copro and ProBite Plumbing Fittings!
This communication is the sole property of Quick Fitting Inc. and its affiliates. Any use by
others is strictly prohibited. If you have received this email in error, please forward to
customerservice@quickfitting.com.

-----Original Message-----
From: emerson [mailto:emerson@eff-fitting.com]
Sent: Wednesday, November 23, 2011 11:38 AM
To: mpappas
Cc: andrew; davidbc; donnag; esanches
Subject: Continous Compliance inspection report(IAPMO R&T)

Dear Michael,

Please read this inspection report.

During inspection, the inspector randomly selected product ML-LF814. The inspector made the
following recommendations:
A. If Muller is a subsidiary of Quick Fitting; product can still display Muller's logo.
B. If Muller is only a business partner with Quick Fitting, and then the product must display
Quick Fitting logo.

Also, inspector still has not received Finalized Formulation List (FFL). Please send (FFL) to us
ASAP. If we fail the next continuous compliance inspection, there will be a penalty. We will not
be liable for the penalty; you will have to pay the penalty.

Best Regards,
Emerson Wang
Eastern Foundry & Fitting LLC
10 Brodie Drive, Unit#1
Richmond Hill, ON,
L4B3K8, Canada
Tel: (905)-883-6869
Fax: (905)883-6879

CONFIDENTIAL

QF-EFF 02595

| | |
|---|---|
| **From:** | Andrew Eff <andrew@eff-fitting.com> |
| **Sent:** | Thursday, March 22, 2012 12:41 PM |
| **To:** | 'Donna Gouveia' |
| **Cc:** | 'Jack Yung' |
| **Subject:** | RE: Open Balance |

Hi Donna

Please return the additional product to us. We will correct the invoice back to you .

**Andrew Yung | General Manager**
10 Brodie Drive, Unit#1, Richmond Hill, ON L4B 3K8, Canada
Tel: 905-883-6869
Dir: 905-883-6869 Ext #226
Toll Free: 1-877-668-1288
Cell:
Fax: 905-883-6879
andrew@eff-fitting.com
http://www.eff-fitting.com



*The Best Warranty in the Industry.*

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately by return e-mail and delete this copy from your system. Thank you for your cooperation.*

---

**From:** Donna Gouveia [mailto:donnag@quickfitting.com]
**Sent:** March-23-12 12:29 AM
**To:** Jacky Yung
**Cc:** Andrew Yung; davidbc@quickfitting.com
**Subject:** Re: Open Balance

Hello Jacky and Andrew,

I spoke with David about the additional product that your company has shipped on purchase orders that our company has placed. Andrew tried to tell me this morning it's considered common practice when an overrun occurs it is sent on and charged to the customer. David has no such knowledge of this practice; none of our other vendors has this practice. We expect to receive what we have ordered and no additional product unless it is on our purchase orders.

We need copies of our invoices sent to us that you are stating as past due. They must reflect what we have ordered on each on our purchase orders.

Regards,

**Donna Gouveia**
Administrative Assistant

1



*Quick Fitting Inc.*
www.QuickFitting.com
www.ProBite.com
750 Narragansett Park Dr.
East Providence, RI 02916

**Tel: (877) 238-4826**
**Fax: (877) 258-4826**

## Everything should be this easy... Quick Fitting Push-to-Connect Plumbing Fittings!

This communication is the sole property of Quick Fitting Inc. and it's affiliates. Any use by others is strictly prohibited. If you have received this email in error, please forward to customerservice@quickfitting.com

----- Original Message -----
**From:** Donna Gouveia
**To:** Jacky Yung
**Cc:** Andrew Yung ; davidbc@quickfitting.com
**Sent:** Wednesday, March 21, 2012 9:58 AM
**Subject:** Re: Open Balance

Hello Jacky,

Jacky we are actually talking about the same invoices/ purchase orders your invoice number is 70741 while our purchase order is 457389.

Again we are looking for clarification, perhaps these items were owed to us from another purchase order or it was product that was sent to replace damaged product. We need to understand why <u>additional product</u> that was not on the original purchase order has been associated with this or any purchase order.

We had spoke with you about the recent mailing because of the issue of the invoices being dated march 2, 2012 which was 12 days before they were mailed from your company on March 14, 2012. This discrepancy  would put us 12 days into our net 30 at no fault of ours.

Regards,

**Donna Gouveia**
Administrative Assistant



*Quick Fitting Inc.*
www.QuickFitting.com
www.ProBite.com
750 Narragansett Park Dr.
East Providence, RI 02916

**Tel: (877) 238-4826**
**Fax: (877) 258-4826**

**<u>Tab E</u>**

**From:** Vivian [mailto:vivian@eff-fitting.com]
**Sent:** Wednesday, June 13, 2012 11:23 AM
**To:** jordanc@quickfitting.com
**Cc:** 'Andrew Eff'; davidbc@quickfitting.com
**Subject:** FW: Bal Valve Handles

Jordan:
It will take 10 days to produce these handles, and cost will be $2300. (Andrew clarified yesterday that we are not responsible of handle marking)
Pls place a separate order of the handle with full amount prepaid, then we will start working.


Thanks
vivian

**From:** emerson@eff-fitting.com [mailto:emerson@eff-fitting.com]
**Sent:** Wednesday, June 13, 2012 11:09 AM
**To:** vivian
**Subject:** Fwd: Bal Valve Handles

--------------------------- Source-email ---------------------------
Subject: Fwd: Bal Valve Handles
From: "Andrew" <andrew@eff-fitting.com>
Date: Wed, June 13, 2012 12:12 am
To: emerson@eff-fitting.com
-------------------------------------------------------------------
 Sent from Samsung Galaxy Note

-------- Original message --------
Subject: Bal Valve Handles
From: Jordan Crompton
To: 'Andrew Eff'
CC: Bal Valve Handles

Andrew,


We have a problem with your last shipment of ball valves for PROLINE.  We
received 14,800 MI-LF912 and 9,500 MI-LF922 which were stamped "PROLINE" but
the handles on the valves say "PROBITE"


Per our drawings, all of these ball valves should have handles that are
marked PROLINE.  We need you to send 24,300 of these handles by air ASAP at
your cost.


How quickly can you send these?

Regards,

Jordan Crompton
Senior Account Manager
Sales & Marketing

Quick Fitting Inc.
www.QuickFitting.com
www.ProBite.com
30 Plan Way
Warwick, RI 02886

Tel: (877) 238-4826
Fax: (877) 258-4826

Everything should be this easy... Quick Fitting Push-to-Connect Plumbing Fittings!

This communication is the sole property of Quick Fitting Inc. and it's affiliates. Any use by others is strictly prohibited. If you have received this email in error, please forward to customerservice@quickfitting.com.

**From:**          andrew yung <andrew@eff-fitting.com>
**Sent:**          Thursday, June 14, 2012 11:58 AM
**To:**            Frank Kosky
**Subject:**       Re: Incomplete Product
**Attachments:**   PastedGraphic-1.pdf; ATT00035.htm

**Importance:**    High


Hi Frank

It was impossible to do that, you talking about our factory from china and come to Boston fix the problem. I never know about this issue , never receive the CAR.  Return the product to us at Toronto. but i can promise when will be fix and return back to you , but we will try best for you .

**Andrew Yung  |  General Manager**
10 Brodie Drive, Unit#1, Richmond Hill, ON L4B 3K8, Canada
Tel: 905-883-6869
Dir: 905-883-6869 Ext #226
Toll Free: 1-877-668-1288
Fax: 905-883-6879
Andrew@eff-fitting.com
http://www.eff-fitting.com