## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WAI FENG TRADING CO. LTD., and EFF MANUFACTORY CO. LTD.<br>　　Plaintiffs<br>v.<br><br>QUICK FITTING, INC.<br>　　Defendant | :<br>:<br>:<br>:<br>:    CA No. 13-033-S<br>:<br>:<br>: |
| QUICK FITTING, INC.<br>　　Plaintiff<br>v.<br><br>WAI FENG TRADING CO. LTD.,<br>EASTERN FOUNDRY & FITTINGS, INC.,<br>EASTERN FOUNDRY AND FITTINGS, LLC,<br>NINGBO EFF MANUFACTORY CO, LTD.,<br>f/k/a NINGBO W&F MANUFACTORY CO., LTD,<br>WAI MAO COMPANY, LTD.,<br>CIXI CITY WAI FENG BALL VALVE<br>　　COMPANY, LTD.,<br>W&F MANUFACTURING<br>CHI YAM "ANDREW" YUNG<br>　　Defendants | :<br>:<br>:<br>:<br>:    CA No. 13-056-S<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**QUICK FITTING, INC.'S OMNIBUS EXHIBITS IN SUPPORT OF OBJECTIONS
TO FIVE MOTIONS FOR SUMMARY JUDGMENT**

　　Quick Fitting, Inc. ("Quick Fitting") hereby files its Omnibus Exhibits In Support Of

Objections To Five Motions For Summary Judgment, as follows.

1

Date: January 16, 2018 **QUICK FITTING, INC.**

By Its Attorneys,

/s/  Thomas R. Noel
Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL LAW
203 South Main Street, Suite 2
Providence, RI  02903
Tel:  401-272-7400
Fax:  401-621-5688
TNoel@LawNoel.com
JRHarrington@LawNoel.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2018, I served a copy of the foregoing via the Court's Electronic Case Filing System, upon:

Thomas W. Lyons, Esq.
Rhiannon S. Huffman, Esq.
Strauss, Factor, Laing & Lyons
One Davol Square, Suite 305
Providence, RI 02903

/s/  Thomas R. Noel