Wai Feng Trading EFF
Muller Trip

2/5/13-2/7/13

| | | | AmEx Page Number |
|---|---|---|---|
| US Air | | | |
|    Ticket - Frank | 826.10 | | 12 |
|    Ticket - David | 826.10 | | 11 |
|    Excess Bag Fee | 50.00 | | 5 |
|    Excess Bag Fee | 50.00 | | 5 |
|    Purchase on Flight | 14.00 | | 5 |
|    Purchase on Flight | 3.49 | | 5 |
|    Exchage Order | 15.00 | | 6 |
|    Exchage Order | 15.00 | | 6 |
|    Excess Bag Fee | 60.00 | | 9 |
|    Ticket Discount | (26.00) | | 9 |
|    Ticket Discount | (25.00) | | 9 |
|    Upgrade Charge | 25.00 | | 9 |
|    Upgrade Charge | 25.00 | | 10 |
|    Upgrade Charge | 25.00 | | 10 |
|    Upgrade Charge | 25.00 | | 10 |
|    Upgrade Charge | 31.00 | | 10 |
|    Upgrade Charge | 31.00 | | 11 |
|    Upgrade Charge | 25.00 | | 11 |
|    Upgrade Charge | 25.00 | | 11 |
|    Upgrade Charge | 25.00 | | 12 |
|    Upgrade Charge | 25.00 | | 12 |
|    Upgrade Charge | 46.00 | | 12 |
|    Upgrade Charge | 46.00 | | 13 |
|    Credits | (100.00) | | 14 |
| Total US Air | | 2,062.69 | |
| Food at Airport | | 21.17 | 5 |
| Food at Airport | | 19.32 | 6 |
| Parking at Airport | | 52.00 | 6 |
| Budget Car Rental | | 238.60 | 16 |
| Hyatt | | 344.88 | 31 |
| Fuel | | 7.99 | 5 |
| | | 2,746.65 | |

Prepared For
JORDAN CROMPTON
QUICK FITTING, INC

Account Number: XXXX-XXXXXX-21008
Closing Date: 02/13/13
Page 5 of 43

**Activity Continued**

| Date | Description | Amount |
|---|---|---|
| 02/06/13 | US AIRWAYS PROVIDENCE RI<br>TKT# 0372301418957 AIRLINE/AIR C 02/05/13<br>EXCESS BAGGAGE<br>CROMPTON/DAVIDBRIAN US AIRWAYS<br>US AIRWAYS PROVIDENCE RI<br>FROM<br>UNAVAILABLE<br>TO CARRIER CLASS<br>UNAVAILABLE YY 00<br>TO<br>UNAVAILABLE YY 00<br>TO<br>UNAVAILABLE YY 00<br>TO<br>UNAVAILABLE YY 00 | 50.00 |
| 02/05/13 | INFLIGHT US AIRWAYS PHOENIX AZ<br>REF# 1302051811S INFLIGHT US AIRW 02/05/13<br>ORD ;REQ REQUESTER NAME<br>IT1 PURCHASE ;UPI 14.0000;QTY:<br>IT2 ;UPI 0.0000;QTY<br>FRT 0.00;HDL 0.00;ITM1<br>ROC NUMBER 13020518115xxx21 | 14.00 |
| 02/05/13 | INFLIGHT US AIRWAYS PHOENIX AZ<br>REF# 1302051811S INFLIGHT US AIRW 02/05/13<br>ORD ;REQ REQUESTER NAME<br>IT1 PURCHASE ;UPI 3.4900;QTY:<br>IT2 ;UPI 0.0000;QTY<br>FRT 0.00;HDL 0.00;ITM1<br>ROC NUMBER 13020518153xxx21 | 3.49 |
| 02/05/13 | E SALSARITAS 302408 CHARLOTTE NC<br>REF# 021474836 704-3554673 02/05/13 | 21.57 |
| 02/07/13 | CIRCLE K 3702255 877 MEMPHIS TN<br>REF# 02806004 901-751-0108 02/07/13<br>Unleaded Regular<br>ROC NUMBER 02806004 | 7.29 |
| 02/08/13 | US AIRWAYS MEMPHIS TN<br>TKT# 9372301652614 AIRLINE/AIR C 02/07/13<br>EXCESS BAGGAGE<br>CROMPTON/DAVIDBRIAN US AIRWAYS<br>US AIRWAYS MEMPHIS TN<br>FROM<br>UNAVAILABLE<br>TO CARRIER CLASS<br>UNAVAILABLE YY 00<br>TO<br>UNAVAILABLE YY 00<br>TO<br>UNAVAILABLE YY 00<br>TO<br>UNAVAILABLE YY 00 | 50.00 |

Continued on reverse

Prepared For
JORDAN CROMPTON
QUICK FITTING, INC.

Account Number
XXXX-XXXXX4-21008

Page 6 of 43

Reference Code | Amount $

## Activity Continued

| Date | Description | | | Amount |
|---|---|---|---|---|
| 02/08/13 | US AIRWAYS<br>TKT# 0372301652742<br>EXCHANGE ORDER<br>CROMPTON/DAVIDBRIAN<br>US AIRWAYS<br>FROM<br>UNAVAILABLE<br>TO<br>UNAVAILABLE<br>TO<br>UNAVAILABLE<br>TO<br>UNAVAILABLE<br>TO<br>UNAVAILABLE | PHOENIX AZ<br>AIRLINE/AIR O 02/07/13<br>US AIRWAYS<br>PHOENIX AZ<br>CARRIER CLASS<br>YY OO<br>YY OO<br>YY OO<br>YY OO<br>YY OO | 0372301652742<br><br><br><br><br><br><br>60-6158 | 15.00 |
| 02/08/13 | US AIRWAYS<br>TKT# 0372301652745<br>EXCHANGE ORDER<br>KOAKY/FRANCISO<br>US AIRWAYS<br>FROM<br>UNAVAILABLE<br>TO<br>UNAVAILABLE<br>TO<br>UNAVAILABLE<br>TO<br>UNAVAILABLE<br>TO<br>UNAVAILABLE | PHOENIX AZ<br>AIRLINE/AIR O 02/07/13<br>US AIRWAYS<br>PHOENIX AZ<br>CARRIER CLASS<br>YY OO<br>YY OO<br>YY OO<br>YY OO | 0372301652745<br><br><br><br><br><br>60-6158 | 15.00 |
| 02/08/13 | SQUARLES 791<br>REF# 0 7046236605 | CHARLOTTE NC<br>02/07/13 | 60-6157 | 19.32 |
| 02/08/13 | PROVIDENCE AIRPORT<br>REF# 4 3122742004 | WARWICK RI<br>02/07/13 | 60-6157 | 52.00 |

REF# 7012CROMPTON

Total for DAVID CROMPTON | New Charges/Other Debits 12,156.59
| Payments/Other Credits 0.00





Prepared for
JORDAN CROMPTON
QUICK FITTING, INC.

Account Number
XXXXX-XXXXXX4-21008

Page 10 of 43

Activity Continued

| Date | Description | | | Amount |
|---|---|---|---|---|
| 02/01/13 | US AIRWAYS<br>TKTN: 0372175601994   AIRLINE/AIR C 01/31/13<br>UPGRADE CHARGE<br>KOSKY/FRANCISC<br>US AIRWAYS<br>FROM<br>UNAVAILABLE<br>TO UNAVAILABLE<br>TO UNAVAILABLE<br>TO UNAVAILABLE<br>TO UNAVAILABLE | 800-428-4322<br>US AIRWAYS<br>800-428-4322<br>CARRIER CLASS<br>YY   00<br>YY   00<br>YY   00<br>YY   00 | A2<br>A2 | 60-6158 | 25.00 |
| 02/01/13 | US AIRWAYS<br>TKTN: 0372175601995   AIRLINE/AIR C 01/31/13<br>UPGRADE CHARGE<br>CROMPTON/DAVIDJORDAN<br>US AIRWAYS<br>FROM<br>UNAVAILABLE<br>TO UNAVAILABLE<br>TO UNAVAILABLE<br>TO UNAVAILABLE<br>TO UNAVAILABLE | 800-428-4322<br>US AIRWAYS<br>800-428-4322<br>CARRIER CLASS<br>YY   00<br>YY   00<br>YY   00<br>YY   00 | A2<br>A2 | 60-6158 | 25.00 |
| 02/01/13 | US AIRWAYS<br>TKTN: 0372175601996   AIRLINE/AIR C 01/31/13<br>UPGRADE CHARGE<br>KOSKY/FRANCISC<br>US AIRWAYS<br>FROM<br>UNAVAILABLE<br>TO UNAVAILABLE<br>TO UNAVAILABLE<br>TO UNAVAILABLE<br>TO UNAVAILABLE | 800-428-4322<br>US AIRWAYS<br>800-428-4322<br>CARRIER CLASS<br>YY   00<br>YY   00<br>YY   00<br>YY   00 | A2<br>A2 | 60-6158 | 25.00 |
| 02/01/13 | US AIRWAYS<br>TKTN: 0372175601997   AIRLINE/AIR C 01/31/13<br>UPGRADE CHARGE<br>CROMPTON/DAVIDJORDAN<br>US AIRWAYS<br>FROM<br>UNAVAILABLE<br>TO UNAVAILABLE<br>TO UNAVAILABLE<br>TO UNAVAILABLE<br>TO UNAVAILABLE | 800-428-4322<br>US AIRWAYS<br>800-428-4322<br>CARRIER CLASS<br>YY   00<br>YY   00<br>YY   00<br>YY   00 | A2<br>A2 | 60-6158 | 31.00 |

Continued on next page



Cardholder
JORDAN CROMPTON
QUICKFITTING, INC.

Account Number
XXXXXXXXXXX4-21006

Page 12 of 43

## Activity Continued

| Date | Description | | | Reference Code | Amount |
|---|---|---|---|---|---|
| 02/01/13 | US AIRWAYS 800-428-4322 A2<br>TKT# 0372105952729 AIRLINE/AIR C 01/31/13<br>PASSENGER TICKET<br>KOSKY/FRANCISCO US AIRWAYS<br>US AIRWAYS 800-428-4322 A2<br>FROM<br>PROVIDENCE RI<br>TO CARRIER CLASS<br>CHARLOTTE NC US V<br>TO<br>MEMPHIS TN YY V<br>TO<br>CHARLOTTE NC US V<br>TO<br>PROVIDENCE RI US V | | | 00700007 | $89.10 |

60-6158

| 02/05/13 | US AIRWAYS 800-428-4322 A2<br>TKT# 0372170948517 AIRLINE/AIR C 02/05/13<br>UPGRADE CHARGE<br>CROMPTON/DAVIDBRIAN US AIRWAYS<br>US AIRWAYS 800-428-4322 A2<br>FROM<br>UNAVAILABLE<br>TO CARRIER CLASS<br>UNAVAILABLE YY 00<br>TO<br>UNAVAILABLE YY 00<br>TO<br>UNAVAILABLE YY 00<br>TO<br>UNAVAILABLE YY 00 | | | 00700006 | 25.00 |

60-6171

| 02/06/13 | US AIRWAYS 800-428-4322 A2<br>TKT# 0372105948518 AIRLINE/AIR C 02/05/13<br>UPGRADE CHARGE<br>KOSKY/FRANCISCO US AIRWAYS<br>US AIRWAYS 800-428-4322 A2<br>FROM<br>UNAVAILABLE<br>TO CARRIER CLASS<br>UNAVAILABLE YY 00<br>TO<br>UNAVAILABLE YY 00<br>TO<br>UNAVAILABLE YY 00<br>TO<br>UNAVAILABLE YY 00 | | | 00700008 | 25.00 |

60-6158

| 02/06/13 | US AIRWAYS 800-428-4322 A2<br>TKT# 0372105948519 AIRLINE/AIR C 02/05/13<br>UPGRADE CHARGE<br>CROMPTON/DAVIDBRIAN US AIRWAYS<br>US AIRWAYS 800-428-4322 A2<br>FROM<br>UNAVAILABLE<br>TO CARRIER CLASS<br>UNAVAILABLE YY 00<br>TO<br>UNAVAILABLE YY 00<br>TO<br>UNAVAILABLE YY 00<br>TO<br>UNAVAILABLE YY 00 | | | 00700005 | 50.00 |

60-6158

Continued on next page

Record For
JORDAN CROMPTON
QUICK FITTING, INC.

Account Number: XXXX-XXXXX4-21008
Closing Date: 08/13/13
Page 13 of 43

Reference Code: $66.00

## Activity Continued

| 08/08/13 | US AIRWAYS | 480-693-6522 AZ | |
| | TKT# 0372175848520 | AIRLINE/AIR C 08/06/13 | |
| | UPGRADE CHARGE | | |
| | KOSKY/FRANCIS M | US AIRWAYS | |
| | US AIRWAYS | 800-428-4322 AZ | |
| | FROM | | |
| | UNAVAILABLE | | |
| | TO | CARRIER CLASS | |
| | UNAVAILABLE | YY 00 | |
| | TO | | |
| | UNAVAILABLE | YY 00 | |
| | TO | | |
| | UNAVAILABLE | YY 00 | |
| | TO | | |
| | UNAVAILABLE | YY 00 | |

Handwritten: 60-6138

Continued on reverse





